ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 DEC -2 AM 9:23
DEPUTY CLERK____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| MELVIN YIP | |

3-15CR-550-L

INDICTMENT

The Grand Jury Charges:

Count One
Engaging in the Business of Firearms Without a License
(Violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a))

Beginning as early as September 2014, the exact date being unknown to the grand jury, and continuing through on or about September 30, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Melvin Yip**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a).

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a).

Indictment - Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Melvin Yip**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.

This property includes, but is not limited to, the following:

1. a Waffen Wechs, Model Ak 74, 5.45x39 caliber Rifle, bearing serial number WW02638
2. a Rock River Arms, Model Lar 15, 5.56 caliber Rifle, bearing serial number CM186745
3. a Bushmaster, Model Xm-15-E2s, 223 caliber Rifle, bearing serial number BFI453373
4. a Norinco, Model 320, 9mm Pistol, bearing serial number MSA05505
5. a Daewoo, Model Dr200, 223 caliber Rifle, bearing serial number RA000092
6. a C.A.I, Model M14 Sporter, 308 caliber Rifle, bearing serial number 96916
7. a Molot, Model Vepr, 5.45x39 caliber Rifle, bearing serial number 11VAB0198
8. a Century Arms, Model C93 Sporter, 5.56 caliber Rifle, bearing serial number C9301716
9. a Msar, Model Stg-556, 223 caliber Rifle, bearing serial number 600-P009666
10. a Fn, Model Fs2000, 5.56 caliber Rifle, bearing serial number 5164
11. a Howa, Model 1500, 308 caliber Rifle, bearing serial number 8286146
12. a Fn, Model Ps90, 5.7x28 caliber Rifle, bearing serial number FN089365
13. a Japan, Model Saika, Unk Rifle, bearing serial number K94837
14. a Winchester, Model M1a1 Type, 308 caliber Rifle, bearing serial number 1211676
15. an Enfield, Model Mk Ii, Unk Rifle, bearing serial number PF314949
16. an Egypt, Model Hakim, 7.9mm Rifle Unk
17. a U.S. Carbine, Model 30 Carbine, 30 caliber Rifle, bearing serial number 5184083
18. an Imbel, Model M444 308 Sporter, 308 caliber Rifle, bearing serial number PAC8235

**Indictment - Page 2**

19. a Century Intl Arms, Model Tantal Sporter, 5.45x39 caliber Rifle, bearing serial number TTL02182
20. a China Xinshidai Co., Model Hawk 982, 12 gauge Shotgun, bearing serial number 59375
21. a Molot, Model Vepr-12, 12 gauge Shotgun, bearing serial number 13VTC6423
22. a Ruger, Model 1022, 22 caliber Rifle, bearing serial number 35251797
23. a Zastava, Model Papm77ps, 308 caliber Rifle, bearing serial number N-M77003689
24. a Chinese, Model M53, 7.62x54 caliber Rifle, bearing serial number T53023343
25. a Swiss, Model K31, 7.5x55 caliber Rifle, bearing serial number 837026
26. a Fn, Model Unk, 308 caliber Rifle, bearing serial number 36138
27. a Yugoslavia, Model 1948, 8mm Rifle, bearing serial number M4800090
28. a Norinco, Model Sks, 7.62x39 caliber Rifle, bearing serial number 9235947
29. a Century Arms, Model Vz2008 Sporter, 7.62x39 caliber Rifle, bearing serial number VZ08PM-002796
30. a Unk, Model Ak 47 Type, 7.62x39 caliber Rifle, bearing serial number BA313861
31. an Armory Usa, Model Ausa, 7.62x39 caliber Rifle, bearing serial number A2873
32. a Magnum Research Inc, Model Desert Eagle 50 Ae, 50 caliber Pistol, bearing serial number 95202189
33. a S&W, Model 29-3, 44 Mag Revolver, bearing serial number N919139
34. a Magnum Research Inc, Model Desert Eagle 50 Ae, 50 caliber Pistol, bearing serial number 37202815
35. a Cz, Model Cz82, 9x18 Mm Pistol, bearing serial number 145767
36. a Para Ordinance, Model Para Lda, 45 caliber Pistol, bearing serial number P146975
37. a Phoenix Arms, Model Hp22a, 22 caliber Pistol, bearing serial number 4388832
38. a Cz, Model Cz52, 7.62 caliber Pistol, bearing serial number C802748
39. a S&W, Model 629, 44 Mag Revolver, bearing serial number Cuz4036
40. a Steyr, Model M9, 9mm Pistol, bearing serial number 041413
41. a Dan Wesson Arms, Model Unk, 357 Mag Revolver, bearing serial number 77773
42. a Metro Arms, Model 1911 Type, 45 Caliber Pistol, bearing serial number A06304
43. a Cz, Model Cz75 Spo1 Phantom, 9mm Pistol, bearing serial number A215958
44. a Lionheart, Model Lh9, 9mm Pistol, bearing serial number AA001090

45. a Draco, Model Micro, 7.62x39 caliber Pistol, bearing serial number PMD01974-14
46. an Aero Precision, Model Xm-15, Multi Lower, bearing serial number AR31773
47. an Aero Precision, Model Xm-15, Multi Lower, bearing serial number AR31774
48. an Aero Precision, Model Xm-15, Multi Lower, bearing serial number AR31775
49. an Aero Precision, Model Sts-15, Multi Lower, bearing serial number STS01137
50. a Spikes Tactical, Model St-15, Multi Lower, bearing serial number 041255
51. a Spikes Tactical, Model St-15, Multi Lower, bearing serial number 041254
52. a Spikes Tactical, Model St-15, Multi Lower, bearing serial number 041256
53. a Palmetto Arms, Model Pa-10, 308 caliber Lower, bearing serial number PA0014573
54. a Palmetto Arms, Model Pa-10, 308 caliber Lower, bearing serial number PA0012690
55. a Palmetto Arms, Model Pa-10, 308 caliber Lower, bearing serial number PA0013723
56. a Fn, Model 57, 5.7x28 caliber Pistol, bearing serial number 386257329
57. a Spikes Tactical, Model St-15, Multi caliber Lower, bearing serial number NSL037031
58. a Spikes Tactical, Model St-15, Multi caliber Lower, bearing serial number DV001052
59. a Spikes Tactical, Model St-15, Multi caliber Lower, bearing serial number NSL036817
60. a Spikes Tactical, Model St-15, Multi caliber Lower, bearing serial number DV001049
61. a Spikes Tactical, Model St-15, Multi caliber Lower, bearing serial number NSL019619
62. Any ammunition recovered with these weapons.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:  214.659.8600
Fax: 214.659.8809

**Indictment - Page 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MELVIN YIP

INDICTMENT

18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)
Engaging in the Business of Firearms Without a License

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

_____
DALLAS                                              FOREPERSON

Filed in open court this 1st day of December, 2015.

_____
                                                    Clerk

**WARRANT TO ISSUE**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending